UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

==========================================

MT. HAWLEY INSURANCE COMPANY,

Plaintiff,

v.

SHREE AUM, LLC,

Defendant.

==========================================

Civ. Action No.: 1:23-cv-05569-ER

SHREE AUM, LLC,

Third-Party Plaintiff,

v.

LANCASTER McADEN WILLIS SMITH
COMPANY, THE INSURANCE CENTER,

Third-Party Defendant.

===========================================

**NOTICE OF MT. HAWLEY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that pursuant to Rule 56 of the Federal Rules of Civil Procedure and leave granted by the Court at the June 12, 2025 conference in this action and the subsequent text-only Order issued on June 16, 2025 memorializing the conference proceedings, plaintiff Mt. Hawley Insurance Company ("Mt. Hawley"), by and through its attorneys, Delahunt Law PLLC, shall move this Court (Hon. Edgardo Ramos, U.S.D.J.), at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, upon a date and time to be determined by the Court, for summary judgment declaring that Mt. Hawley's rescission of policy

No. GPK0008970 issued to defendant/third-party plaintiff Shree Aum, LLC is valid as a matter of law pursuant to New York Insurance Law section 3105, and that the policy is therefore void *ab initio*.

In support of its motion, Mt. Hawley submits herewith: (1) the July 3, 2025 Attorney Affirmation in Support of Mt. Hawley Insurance Company's Motion for Summary Judgment, and the exhibits thereto; (2) the Affirmation of Eric White in Support of Mt. Hawley Insurance Company's Motion for Summary Judgment, and the exhibits thereto; (3) the July 3, 2025 Local Rule 56.1 Statement of Material Facts in Support of Mt. Hawley Insurance Company's Motion for Summary Judgment; and (4) the Memorandum of Law in Support of Mt. Hawley Insurance Company's Motion for Summary Judgment.

Dated: July 3, 2025

Respectfully submitted,

DELAHUNT LAW PLLC

By: _________/s/_______________
Timothy E. Delahunt
*tdelahunt@delahuntpllc.com*

295 Main Street
Suite 836
Buffalo, New York 14203
Tel.: (716) 878-9178

*Attorneys for plaintiff*
*Mt. Hawley Insurance Company*