UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

MT. HAWLEY INSURANCE COMPANY,

Plaintiff,

-against-

SHREE AUM LLC and RAJESH B. PATEL,

Defendants.

---------------------------------------X

SHREE AUM LLC,

Third-Party Plaintiff,

-against-

LANCASTER MCADEN WILLIS SMITH COMPANY, THE INSURANCE CENTER,

Third-Party Defendant.

---------------------------------------X

NOTICE OF CROSS-MOTION TO DISMISS FOR LACK OF A NECESSARY PARTY

Civil Action No. 1:23-CV-05569-ER

S I R S :

PLEASE TAKE NOTICE, that upon the annexed affirmation dated July 18, 2025, of MARK E. SEITELMAN, attorney for Defendant and Third-Party Plaintiff **SHREE AUM, LLC**, the affidavit of Ravi R. Patel sworn on July 9, 2025, together with the Exhibits annexed thereto, and upon all the pleadings and proceedings heretofore had herein, the undersigned will cross-move this Court at the Courthouse located at Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be set by the Court for an Order dismissing the action pursuant to FRCP 19

for plaintiff's failure to add a necssary party and for such other relief that the court deems just and necessary.

Dated: New York, New York
July 18, 2025

Yours, etc.,

MARK E. SEITELMAN (MES-6274)
MARK E. SEITELMAN LAW OFFICES, P.C.
Attorneys for Defendant and
Third-Party Plaintiff SHREE AUM LLC
111 Broadway, Suite 901
New York, NY 10006-1954
(212) 962-2626
mark@seitelman.com