**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

MT. HAWLEY INSURANCE COMPANY,

Plaintiff,

-against-

SHREE AUM LLC,

Defendant.

----------------------------------------------------------------X

SHREE AUM LLC,

Third-Party Plaintiff,

-against-

LANCASTER MCADEN WILLIS SMITH COMPANY, THE INSURANCE CENTER,

Third-Party Defendants.

----------------------------------------------------------------X

CIVIL ACTION NO.:
1:23-cv-05569-ER

**NOTICE OF LANCASTER MCADEN WILLIS SMITH COMPANY, THE INSURANCE CENTER'S ("LANCASTER'S") MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56 OF THE FRCP**

PLEASE TAKE NOTICE that pursuant to Rule 56 of the Federal Rules of Civil Procedure and leave granted by the Court at the August 13, 2025 conference in this action and the subsequent minute entry issued on August 13, 2025 memorializing the conference proceedings, Third Party Defendant Lancaster, by and through its attorneys, Clausen Miller P.C., shall move this Court (Hon. Edgardo Ramos, U.S.D.J.), at the Thurgood Marhsall United States Courthouse, 40 Foley Square, New York, New York, upon a date and time to be determined by the Court, for summary judgment dismissing Third Party Plaintiff's Third Party Compliant alleging negligence on the part of Lancaster in connection with procuring an insurance policy issued to Shree Aum LLC by plaintiff Mt. Hawley Insurance Company.

In support of this motion, Lancaster submits herewith: (1) the September 10, 2025 Attorney Affirmation of Steven J. Fried in Support of Lancaster's Motion for Summary Judgment, and exhibits thereto; (2) the September 8, 2025 Affirmation of Joel Fickling in support of Lancaster's Motion for Summary Judgment, and exhibits thereto; (3) the September 10, 2025 Local Rule 56.1 Statement of Material Facts in Support of Lancaster's Motion for Summary Judgment; and (4) the Memorandum of Law in Support of Lancaster's Motion for Summary Judgment.

Dated: New York, New York
September 10, 2025

Respectfully Submitted,

By: /s/ Steven J. Fried
Steven J. Fried, Esq.
Carl M. Perri, Esq.
Clausen Miller P.C.
*Attorneys for Third-Party Defendant*
*LANCASTER MCADEN WILLIS SMITH*
*COMPANY, THE INSURANCE CENTER*
28 Liberty Street, 39th Floor
New York, New York 10005
T: (212) 805-3900
F: (212) 805-3939
File No. 21-2820-00-5