UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

MT. HAWLEY INSURANCE COMPANY,

Plaintiff,

-against-

SHREE AUM LLC and RAJESH B. PATEL,

Defendants.
---------------------------------------X

SHREE AUM LLC,

Third-Party Plaintiff,

-against-

LANCASTER MCADEN WILLIS SMITH COMPANY, THE INSURANCE CENTER,

Third-Party Defendant.
---------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL**

Civil Action No.: 1:23-CV-05569 ER

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties to the Third-Party action herein that the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the parties herein hereby dismiss all claims, pursuant to Rule 41(A)(1)(a)(ii) of the Federal Rules of Civil Procedure without prejudice and not as an adjudication on the merits, and without costs or attorneys fees to any party and that this stipulation may be filed with the Clerk of the Court without further notice, and an order to that effect may be entered without further notice.

IT IS FURTHER STIPULATED AND AGREED that facsimile or electronic signatures may be deemed as originals for the purpose of filing this stipulation with the court.

Dated: New York, New York
May 21, 2026

MARK E. SEITELMAN
MARK E. SEITELMAN LAW OFFICES, P.C.
Attorneys for Third-Party Plaintiff
SHREE AUM LLC
111 Broadway, Suite 901
New York, NY 10006-1954
(212) 962-2626
Our File No. 21-0046

STEVEN J. FRIED
CLAUSEN MILLER P.C.
Attorneys for Tird-Party Defendant
LANCASTER MCADEN WILLIS SMITH COMPANY
28 Liberty Street, 39th floor
New York, New York 10005
(212) 805-3920

SO ORDERED:

Hon. Edgardo Ramos, U.S.D.J.